```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  KATE L. SCARBOROUGH
    Certified Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2739
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   MAG. NO. 05-333 GGH
                                 )
12          Plaintiff,           )   GOVERNMENT'S MOTION TO DISMISS
                                 )   WITHOUT PREJUDICE AND
13      v.                       )   ORDER
                                 )
14  WILLIAM F. BUTTE, SR.,       )
                                 )   DATE: April 26, 2006
15          Defendant.           )   TIME: 10:00 a.m.
    _____)   JUDGE: Hon. Gregory G. Hollows
16
```

17     Pursuant to Rule 48(a) of the Federal Rules of Criminal

18 Procedure, plaintiff United States of America, by and through its

19 undersigned attorney, hereby moves this Honorable Court for an

20 Order dismissing the above matter without prejudice.

21     The subject matter of this case is complex and warrants

22 further consultation between the parties.  Rather than seek a

23 continuance of the court trial, the parties agreed that the

24 government would file a motion to dismiss without prejudice,

25 reserving its right to re-file the case.

26 ///

27 ///

28 ///

1

In consideration of the above, the government respectfully requests that the above case be dismissed without prejudice.

DATED: April 19, 2006

                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                  By: <u>/s/ Matthew C. Stegman</u>
                                          MATTHEW C. STEGMAN
                                          Assistant U.S. Attorney

<u>ORDER</u>

IT IS SO ORDERED:

DATED: 4/24/06

/s/ Gregory G. Hollows
_____
HON. GREGORY G. HOLLOWS
United States Magistrate Judge

butte.ord